# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN KEITH HOOKS, | 1:12-cv-0963 MJS (HC) |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION REQUESTING EVIDENTIARY HEARING AND MOTION TO STAY WITHOUT PREJUDICE |
| v. | |
| TIMOTHY BUSBY, | [Docs. 3, 6] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 14, 2012, Petitioner filed the instant Petition. (Pet., ECF No. 1.) Petitioner filed a motion for evidentiary hearing concurrently with the petition and filed a motion to stay the proceedings on July 3, 2012. (Motions, ECF No. 3, 6.)

Having screened the petition, it appears to the Court that Petitioner's claims are exhausted. Further, Petitioner, in his motion to stay, does not state that any of the claims presented in the petition have not been presented to the state court, or provided any reason why the Court should stay this petition to allow him to return to state court.

The Court shall require Respondent to file a response to the petition. The court shall deny Petitioner's motion to stay without prejudice. Should Respondent assert that

1  Petitioner's claims are not exhausted, Petitioner may renew the request to stay the
2  petition. Likewise, the Court shall deny Petitioner's motion for an evidentiary hearing.
3  Should the Court find an evidentiary hearing helpful to resolve the petition after briefing,
4  an evidentiary hearing will be granted.
5      Accordingly, the motions for evidentiary hearing and motion to stay (ECF Nos. 3, 6)
6  are hereby DENIED without prejudice.

IT IS SO ORDERED.

Dated:   August 20, 2012        /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE