IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN KEITH HOOKS,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>TIMOTHY BUSBY, Warden,<br><br>　　　　　　　　　Respondent. | Case No. 1:12-cv-00963 MJS (HC)<br><br>**ORDER REGARDING STATUS OF PENDING MOTION IN STATE COURT**<br><br>**(Doc. 19)**<br><br>**Response Due in Thirty (30) Days** |

　　　　Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed the instant action on June 14, 2012. Respondent has filed an answer to the petition, and Petitioner filed a traverse to the answer. However, after briefing by the parties, Petitioner filed a notice with the Court that he has filed a motion for sentence reduction in Kings County Superior Court on January 10, 2013. (Not., ECF No. 19.) According to a January 30, 2013 order of the Superior Court, Petitioner stated a prima facie claim for relief under the relevant California law. (Id. at 28-29.) Petitioner's claims in his federal petition challenge the terms of his sentence, and therefore those claims will be directly impacted if relief is granted by the Superior Court.

///

1


Accordingly, Petitioner is hereby ordered to provide the Court notice of the status of the state court proceeding within thirty (30) days of issuance of this order. To the extent possible, Petitioner shall provide any relevant documents from the state court proceedings.

Petitioner is forewarned that failure to follow this order may result in dismissal of the petition pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:   May 30, 2014                              /s/ *Michael J. Seng*
                                                                 UNITED STATES MAGISTRATE JUDGE